```
                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION


Charles A. Young,                 :

        Plaintiff,                :

     v.                           :   Case No. 2:07-cv-0870

                                  :   JUDGE SMITH
Jim Karnes, et al.,
                                  :
        Defendants.
                               ORDER
```

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on September 10, 2008.  No objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  Defendants' motion to strike, or in the alternative, to dismiss (Doc. #13) is denied.  Further, defendants' motion for summary judgment (Doc. #10) is granted.  This case is DISMISSED.  The Clerk is directed to enter judgment in favor of the defendants.

```
                                /s/ George C. Smith
                                George C. Smith
                                United States District Judge
```